IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Leverne Ragin, | ) Civil Action No. 3:04-23416-CMC-JRM | |
|               Plaintiff, | ) | |
| vs. | ) | |
| Martin Marietta Materials, Inc., | ) | **ORDER** |
|               Defendant. | ) | |

In a conference call on August 10, 2005, the parties moved for reconsideration of the order filed August 3, 2005, denying the motion to extend the scheduling order in this case. During the conference call, the parties addressed the deficiencies in the prior motion as listed in the order of August 3. The motion for reconsideration is **granted**, the order of August 3, 2005 is **vacated**, and the motion to extend is **granted** as follows: mediation shall be commenced on or before August 22, 2005; and discovery is extended through August 31, 2005, for the sole purpose of deposing Charlie Walker and David Risner. No other discovery shall be initiated without leave of the court. Dispositive motions shall be filed on or before September 21, 2005.

    AND IT IS SO ORDERED.

s/Joseph R. McCrorey
United States Magistrate Judge

August 11, 2005
Columbia, South Carolina